# *Schedule*

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | Jessie's Girl |
| Line 3 | Writer(s) | Richard Lewis Springthorpe a/k/a Rick Springfield |
| Line 4 | Publisher Plaintiff(s) | Richard Lewis Springthorpe, an individual d/b/a Rick Springfield Music |
| Line 5 | Date(s) of Registration | 4/28/81   11/20/81 |
| Line 6 | Registration No(s). | PA 100-885  PA 124-280 |
| Line 7 | Date(s) of Infringement | 03/16/2024 |
| Line 8 | Place of Infringement | Tavern 618 |

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | Keep Your Hands To Yourself |
| Line 3 | Writer(s) | Dan Baird |
| Line 4 | Publisher Plaintiff(s) | Warner-Tamerlane Publishing Corp.; Eleksylum Music, Inc.; No Surrender Music, a division of Praxis International Communications, Inc. |
| Line 5 | Date(s) of Registration | 10/15/86 |
| Line 6 | Registration No(s). | PA 304-742 |
| Line 7 | Date(s) of Infringement | 03/16/2024 |
| Line 8 | Place of Infringement | Tavern 618 |

| | | |
|---|---|---|
| Line 1 | Claim No. | 3 |
| Line 2 | Musical Composition | Talk Dirty To Me |
| Line 3 | Writer(s) | Bret M. Sychak a/k/a Bret Michaels; Bruce Johannesson a/k/a C.C. DeVille; Robert Kuykendall a/k/a Bobby Dall; Richard A. Ream a/k/a Rikkie Rockett |
| Line 4 | Publisher Plaintiff(s) | Robert Kuykendall, Richard A. Ream, Bruce Johannesson and Bret M. Sychak, a partnership d/b/a Cyanide Publishing |
| Line 5 | Date(s) of Registration | 3/19/87 |
| Line 6 | Registration No(s). | PA 322-917 |
| Line 7 | Date(s) of Infringement | 03/17/2024 |
| Line 8 | Place of Infringement | Tavern 618 |

| | | |
|---|---|---|
| Line 1 | Claim No. | 4 |
| Line 2 | Musical Composition | Semi Charmed Life |
| Line 3 | Writer(s) | Stephan Jenkins; Kevin Cadogan a/k/a Kevin Rene Cadogan; Arion Salazar a/k/a Arion Gabriel Salazar |
| Line 4 | Publisher Plaintiff(s) | BMG Rights Management US LLC d/b/a Music Of Everpop |
| Line 5 | Date(s) of Registration | 8/25/97  12/2/98 |
| Line 6 | Registration No(s). | PA 797-856  PA 913-999 |
| Line 7 | Date(s) of Infringement | 03/17/2024 |
| Line 8 | Place of Infringement | Tavern 618 |